UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/2021

**LINDSEY ADELMAN STUDIO LLC** and
**LINDSEY ADELMAN,**

                **Plaintiffs,**

-against-

**LUCRETIA LIGHTING PTY, LTD, ET AL.,**

                **Defendants.**

**21-cv-9423 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with the hearing held before the Court on December 1, 2021, it is hereby

**ORDERED**:

- The Temporary Restraining Order issued by the Court on November 17, 2021 is extended until **December 9, 2021**.

- Defendants are directed to file verified responses to the Court's November 17, 2021 Order by **December 6, 2021**.

- The Order to Show Cause hearing is **ADJOURNED** until **December 9, 2021 at 3:30PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

- Plaintiffs are directed to serve a copy of this Order on the Defendants by no later than **December 3, 2021**. Plaintiffs shall file proof of service with the Court by **December 6, 2021**.

**SO ORDERED.**

Dated:    December 2, 2021
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**