UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/2021
```

**LINDSEY ADELMAN STUDIO LLC** and **LINDSEY ADELMAN,**

       **Plaintiffs,**

-against-

**LUCRETIA LIGHTING PTY, LTD, ET AL.,**

       **Defendants.**

**21-cv-9423 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of Defendant Jas Industries' letter dated December 6, 2021 requesting an extension of the court's December 2, 2021 Order and an adjournment of the upcoming hearing. Plaintiffs are hereby **ORDERED** to respond to the Defendant's letter by **2:00 PM Eastern Time on December 8, 2021**.

**SO ORDERED.**

Dated: December 7, 2021
     New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**