USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/14/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LINDSEY ADELMAN STUDIO LLC** and **LINDSEY ADELMAN,**<br><br>Plaintiffs,<br><br>-against-<br><br>**LUCRETIA LIGHTING PTY, LTD, ET AL.,**<br><br>Defendants. | 21-cv-9423 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic hearing is currently scheduled for December 16, 2021 at 2:30PM. **The hearing is hereby ADJOURNED until December 17, 2021 at 3:30PM Eastern Time.** Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at **1-888-363-4749 (access code: 3768660)**. The Temporary Restraining Order s hereby extended until **December 17, 2021**.

**SO ORDERED.**

Dated:  December 14, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**