USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LINDSEY ADELMAN STUDIO LLC** and **LINDSEY ADELMAN,**

           **Plaintiffs,**

-against-

**LUCRETIA LIGHTING PTY, LTD, ET AL.,**

           **Defendants.**

21-cv-9423 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    A telephonic hearing is currently scheduled for January 12, 2022 at 11:00AM. **The hearing is hereby ADJOURNED until January 20, 2022 at 3:00PM Eastern Time**. All parties should contact the Court at **1-888-363-4749 (access code: 3768660)**. The Temporary Restraining Order is hereby extended until **January 20, 2022.**

**SO ORDERED.**

Dated:    January 12, 2022
            New York, New York

_/s/ Andrew L. Carter, Jr._
**ANDREW L. CARTER, JR.**
**United States District Judge**