UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2022

**LINDSEY ADELMAN STUDIO LLC** and
**LINDSEY ADELMAN,**

                        **Plaintiffs,**

-against-

**LUCRETIA LIGHTING PTY, LTD, ET AL.,**

                        **Defendants.**

21-cv-9423 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      A telephonic hearing is currently scheduled for January 13, 2022 at 11:00AM.  **The hearing is hereby ADJOURNED until January 20, 2022 at 3:00PM Eastern Time**.  All parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.  The Temporary Restraining Order is hereby extended until **January 20, 2022.**

**SO ORDERED.**

Dated:    January 12, 2022
               New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**