USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/27/2023

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

LINDSEY ADELMAN STUDIO LLC AND LINDSEY ADELMAN,

        Plaintiff,

-against-

LUCRETIA LIGHTING PTY, LTD, ET AL,

        Defendants.

21-cv-09423 (ALC)

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Plaintiff's October 23, 2023 Response to the Court's October 12 Order to show cause why this case should not be dismissed without prejudice for lack of personal jurisdiction or by failure to properly serve pursuant to Rule 4.  ECF Nos. 87, 88.  Plaintiffs are **ORDERED** to request or serve a summons upon Defendants in a manner compliant with the Court's prior Order docketed at ECF No. 7.

**SO ORDERED.**

Dated:    October 27, 2023
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**