# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

LINDSEY ADELMAN STUDIO LLC, et al.,

        Plaintiff,

21 **CIVIL** 9423 (ALC)

   -against-                    **DEFAULT JUDGMENT**

LUCRETIA LIGHTING PTY, LTD, et al.,

        Defendant.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated December 7, 2023, that judgment be entered in Plaintiff's favor against Defaulting Defendant on all counts in Plaintiff's Complaints as to liability.

**DATED**: New York, New York
          December 7, 2023

                                  **RUBY J. KRAJICK**
                                  Clerk of Court

            **BY**: _____
                                  **Deputy Clerk**