USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINDSEY ADELMAN STUDIO LLC, et al.,**<br><br>Plaintiff,<br><br>-against-<br><br>**LUCRETIA LIGHTING PTY, LTD, et al.,**<br><br>Defendants. | 21-cv-09423 (ALC)<br><br><br><br><u>**ORDER**</u> |

**Andrew L. Carter, Jr., United States District Judge:**

On December 7, 2023, this Court granted Plaintiff's default judgment against all Defendants as to liability. ECF No. 111. Defendant was ordered to show cause why the Court pursuant to Fed. Rs. Civ. P. 55 should not grant Plaintiff's requested injunctions, internet domain transfers, and release of Plaintiff's $10,000 preliminary injunction bond. ECF No. 110. Defendant did not file a response.

Upon the Memorandum of Law in Support of the Motion for Default Judgment, ECF No. 87, as well as the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, Plaintiffs' default judgment as to damages is hereby **GRANTED**. The Clerk of the Court is respectfully directed to terminate this case.
**SO ORDERED.**

Dated:   December 29, 2023
         New York, New York

*/s/ Andrew L. Carter*

                            **ANDREW L. CARTER, JR.**