**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LINDSEY ADELMAN STUDIO LLC, et al.,

                Plaintiffs,

            21 **CIVIL** 9423 (ALC)

     -against-           **DEFAULT JUDGMENT**

LUCRETIA LIGHTING PTY, LTD, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 29, 2023, Plaintiffs' default judgment as to damages is hereby **GRANTED;** accordingly, the case is closed**.**

**DATED**: New York, New York
          December 29, 2023

                          **RUBY J. KRAJICK**
                          **Clerk of Court**

    **BY:**  _K. Mango_
                          **Deputy Clerk**